UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 36138
    CARMELO A ABELLA
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-1845

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/08/05 and confirmed on 10/28/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  6660.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ACCOUNT SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 7426.24 | .00 | 1914.36 |
| ROUNDUP FUNDING LLC | UNSECURED | 6433.45 | .00 | 1658.44 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2604.57 | .00 | 671.41 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2884.99 | .00 | 743.70 |
| CAPITAL ONE BANK | UNSECURED | 672.11 | .00 | 173.26 |

          Summary of disbursements:
--------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 20021.36 | .00 | 20021.36 |
| PRINCIPAL PAID | .00 | .00 | 5161.17 | .00 | 5161.17 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 5161.17 | .00 | 5161.17 |

The Debtor's attorney, RICHARD S BASS                   , was allowed $  1700.00
and was paid $   500.00  direct and $  1200.00  through the plan.

The Trustee received $    298.83 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/16/08                  /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 36138 CARMELO A ABELLA